IN Re: LEONOR Dulcito SEGURA

18-13437

Request to continue Show cause hearing.

+ Leonor Segura

FILED
2018 JUN 15 PM 12:10
U.S. BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Leonor Dulcila Segura
    Debtor(s)

Case No: 18-13437-ref
Chapter: 7

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Motion for Waiver of Credit Counseling due to disability Filed by Leonor Dulcila Segura

on: 6/28/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 5/31/18

Timothy B. McGrath
Clerk of Court

12 – 8
Form 167

012474    25208012486011

Digestive Disease Associates, LTD

Colonoscopy Bowel Prep Instructions

### Miralax/Magnesium Citrate/Dulcolax and Gatorade Appointment Prep

**Please read the following rules very carefully prior to your procedure:**

- If you are scheduled at Berks Center for Digestive Health, you **MUST** notify the Anesthesia Department at 610-288-3235 if there are any changes to your medical history, including specialist visits and hospital or emergency room visits and/or prescription medications since your office visit or your phone assessment with the nurse.
- You are on a **CLEAR LIQUID DIET** from the time you start your prep until 4 hours before the report time.
- You must have **NOTHING** by mouth starting 4 hours before your report time.
- If you are on insulin, you need to talk to the provider that monitors you glucose levels for instruction on regulating the medication prior to your procedure. If you are on oral diabetic medications, take your medicine in the morning on **PREP DAY** but **NOT** in the evening on prep day or on **EXAM DAY**.
- If you are on **BLOOD THINNERS**, follow the instructions that were given at the time of your office visit or during your phone assessment. If your doctor does not allow you to temporarily stop blood thinning medications notify our doctors immediately so they can decide how to proceed.
- There is no need to stop aspirin or NSAIDS (Motrin, etc) as you may have been told in the past.
- You are **REQUIRED TO HAVE A RESPONSIBLE PARTY** over the age of 18 come with you and remain in the facility until you are discharged.
- You **MAY NOT** use public transportation unaccompanied.
- You **CANNOT** drive a vehicle for the remainder of the day after having a colonoscopy.

**NOTE: We reserve the right to cancel your procedure if the instructions are not followed**

If you have any questions or you are unable to complete most of the prep given or have not moved your bowels, please call the office IMMEDIATELY at 610-374-4401 or **after 4:45PM** at 610-607-1729 to speak with the on-call physician.

**Special Note:** If you have an advance directive (Living Will) please bring it with you the day of your procedure.

**Date of Procedure:** _____ 6/28/18 _____

**Place of Procedure:** _____ Berks Center for Digestive Health Suite 600

**Report Time:** _____ 1:15PM __

**Procedure Time:** _____ 2:00PM _____ **Procedure time may change

### HOW TO PREPARE FOR YOUR COLONOSCOPY:

**The key to success with your prep is to perceive the prep process beginning at the very start of the day prior to your scheduled colonoscopy.**

### A clear liquid diet is important because

1. Liquids with calories combat hunger all day, the more liquids you consume from the approved list, the less likely you will feel the symptoms of starvation later in the evening.

2. Liquids combat dehydration and symptoms of it such as headache, dizziness, lethargy, fatigue, constipation, irritability and racing heart

3. Liquids are liquefying to your stools and help with accelerating your response to the prep and ensuring a complete and perfect cleanout.

### Five (5) days before your colonoscopy:

- Do not take medications that contain fiber, including fiber supplements (Ex: Metamucil, Citracel, etc) and vitamins
- Do not take medications or vitamins that contain iron
- Avoid nuts, popcorn (as well as regular corn), fruits, and seeds
- Purchase the following items at our office or your local pharmacy: **(This is your bowel prep)**
  o **Bisacodyl (Dulcolax) laxative 5 mg tablets**