UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  :
LEONOR DULCILA SEGURA,  : Case No. 18-13437REF
        Debtor  : Chapter 7

# ORDER

AND NOW, this 9 day of July, 2018, it appearing from a review of the official court file and docket in this case that on May 24, 2018, Debtor filed this chapter 7 petition and a Certification under 11 U.S.C. §109(h)(3) in which she requests a waiver, due to exigent circumstances, from the requirement of 11 U.S.C. §109(h)(1) that she obtain credit counseling from an approved nonprofit budget and credit counseling agency, as described in 11 U.S.C. §111(a), during the 180 day period preceding the date that she filed this bankruptcy petition,

AND after show cause hearing held on July 5, 2018, at which Debtor failed to appear, and upon my finding that Debtor's Certification fails to allege exigent circumstances that justify her failure to obtain credit counseling within the 180 day period preceding the date of the filing of this chapter 7 bankruptcy petition, both as required by 11 U.S.C. §109(h)(1) and as described by the Court in In re DiPinto, 336 B.R. 693 (Bankr. E.D. Pa. 2006),

IT IS HEREBY ORDERED that the bench Order I entered on July 5, 2018 DISMISSING this case without prejudice is hereby AFFIRMED AND ADOPTED herein.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge