United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-13437-ref
Leonor Dulcila Segura                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith          Page 1 of 1          Date Rcvd: Jul 09, 2018
                             Form ID: pdf900       Total Noticed: 10


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2018.
db           +Leonor Dulcila Segura,   126 West Spring,   Reading, PA 19601-2027
smg          +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
              Allentown, PA 18101-1603
smg           City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg          +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg          +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14112074      PFHA,   211 North Street,   Harrisburg, PA  17101
14121809     +Pennsylvania Housing Finance Agency,   KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 10 2018 06:01:28
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 10 2018 06:01:37     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                               TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                               TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :
LEONOR DULCILA SEGURA,        :    Case No. 18-13437REF
          Debtor                          :    Chapter 7

# O R D E R

AND NOW, this 9 day of July, 2018, it appearing from a review of the official court file and docket in this case that on May 24, 2018, Debtor filed this chapter 7 petition and a Certification under 11 U.S.C. §109(h)(3) in which she requests a waiver, due to exigent circumstances, from the requirement of 11 U.S.C. §109(h)(1) that she obtain credit counseling from an approved nonprofit budget and credit counseling agency, as described in 11 U.S.C. §111(a), during the 180 day period preceding the date that she filed this bankruptcy petition,

AND after show cause hearing held on July 5, 2018, at which Debtor failed to appear, and upon my finding that Debtor's Certification fails to allege exigent circumstances that justify her failure to obtain credit counseling within the 180 day period preceding the date of the filing of this chapter 7 bankruptcy petition, both as required by 11 U.S.C. §109(h)(1) and as described by the Court in In re DiPinto, 336 B.R. 693 (Bankr. E.D. Pa. 2006),

IT IS HEREBY ORDERED that the bench Order I entered on July 5,

2018 DISMISSING this case without prejudice is hereby AFFIRMED AND

ADOPTED herein.

BY THE COURT

RICHARD E. FEHLING
United States Bankruptcy Judge